## RECONSIDERATION OF PRIOR DECISIONS

**2005–1994. In re Brayden James.**
Hamilton App. No. C–040533, 163 Ohio App.3d 442, 2005-Ohio-4847. Reported at 113 Ohio St.3d 420, 2007-Ohio-2335, 866 N.E.2d 467. On motion for reconsideration. Motion denied.
> PFEIFER and LUNDBERG STRATTON, JJ., dissent.
> WILLIAM H. WOLFF JR., J., of the Second Appellate District, sitting for CUPP, J.

**2005–2299. Cleveland Mobile Radio Sales, Inc. v. Verizon Wireless.**
Cuyahoga App. No. 85620, 2005-Ohio-5439. Reported at 113 Ohio St.3d 394, 2007-Ohio-2203, 865 N.E.2d 1275. On motion for reconsideration. Motion denied.
> PFEIFER, J., dissents.

**2005–2302. Discount Cellular, Inc. v. Ameritech Mobile Communications, Inc.**
Cuyahoga App. No. 85618, 2005-Ohio-5437. Reported at 113 Ohio St.3d 394, 2007-Ohio-2203, 865 N.E.2d 1275. On motion for reconsideration. Motion denied.
> PFEIFER, J., dissents.

**2006–2256. In re T.G.**
Butler App. Nos. CA2005–10–444 and CA2005–12–521, 2006-Ohio-5504. Reported at 113 Ohio St.3d 1520, 2007-Ohio-2487, 866 N.E.2d 1093. On motion for reconsideration. Motion denied.

**2006–2279. State ex rel. Wells v. Hudson.**
Richland App. No. 06–CA–79. Reported at 113 Ohio St.3d 308, 2007-Ohio-1955, 865 N.E.2d 46. On motion for reconsideration. Motion denied.

**2007–0125. State v. Ramey.**
Franklin App. No. 06AP–245, 2006-Ohio-6429. Reported at 113 Ohio St.3d 1489, 2007-Ohio-1986, 865 N.E.2d 913. On motion for reconsideration. Motion granted and discretionary appeal accepted and held for the decision in 2007–0052, *State v. Simpkins,* Cuyahoga App. No. 87692, 2006-Ohio-6028, and briefing schedule stayed.
> PFEIFER and CUPP, JJ., dissent.

**2007–0218. Erie Ins. v. Williams.**
Summit App. No. 23157, 2006-Ohio-6754. Reported at 113 Ohio St.3d 1513, 2007-Ohio-2208, 866 N.E.2d 512. On motion for reconsideration. Motion denied.
> O'DONNELL, J., dissents and would grant the motion and accept the appeal on Proposition of Law No. I.

**2007–0255. Havel v. Chapek.**
Geauga App. No. 2004–G–2609, 2006-Ohio-7014. Reported at 113 Ohio St.3d 1514, 2007-Ohio-2208, 866 N.E.2d 512. On motion for reconsideration. Motion denied.

**2007–0273. State v. Fitzgerald.**
Cuyahoga App. No. 86443, 2006-Ohio-6575. Reported at 113 Ohio St.3d 1514, 2007-Ohio-2208, 866 N.E.2d 513. On motion for reconsideration. Motion denied.
> LANZINGER, J., dissents.

**2007–0295. Kovacic v. Eastlake.**
Lake App. No. 2005–L–205, 2006-Ohio-7016. Reported at 113 Ohio St.3d 1515, 2007-Ohio-2208, 866 N.E.2d 513. On motion for reconsideration. Motion denied.

**2007–0369. In re Guardianship of Boyer.**
Franklin App. No. 06AP–1185. Reported at 114 Ohio St.3d 1411, 2007-Ohio-2632, 867 N.E.2d 845. On motion for reconsideration. Motion denied.

**2007–0551. Wohl v. Swinney.**
Butler App. No. CA2006–05–123, 2007-Ohio-592. Reported at 114 Ohio St.3d 1414, 2007-Ohio-2632, 867 N.E.2d 846. On motion for reconsideration. Motion denied.
> LUNDBERG STRATTON and O'DONNELL, JJ., dissent.